```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
                                                                           :
RANDY ATTO,                                                                :
                                                                           :
                                                                           :
                              Plaintiff,                                   :
                                                                           :   19-CV-10807 (JMF)
            -v-                                                            :
                                                                           :
ACHILLION PHARMACEUTICALS, et al.,                                         :
                                                                           :
                              Defendants.                                  :
                                                                           :
-------------------------------------------------------------------------- :
                                                                           :
KENY PETIT-FRERE,                                                          :
                                                                           :
                              Plaintiff,                                   :
                                                                           :
            -v-                                                            :   19-CV-10602 (JMF)
                                                                           :
ACHILLION PHARMACEUTICALS, et al.,                                         :
                                                                           :   ORDER
                              Defendants.                                  :
                                                                           :
-------------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

      On November 15, 2019, Plaintiff Keny Petit-Frere filed a Complaint in 19-CV-10602. *See* 19-CV-10602, ECF No. 1. On November 21, 2019, Plaintiff Randy Atto filed a similar Complaint in 19-CV-10807. *See* 19-CV-10807, ECF No. 1. As of this Order, no motion for consolidation has been filed, but 19-CV-10807 has been accepted by the Court as related to 19-CV-10602, and the cases appear to involve common questions of law and fact.

      The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **December 6, 2019**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the

parties.

SO ORDERED.

Dated: November 25, 2019
      New York, New York

                                          JESSE M. FURMAN
                                      United States District Judge