UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
:
STEPHEN GREENE, :
:
: 
Plaintiff, :
: 19-CV-10945 (JMF)
-v- :
:
ACHILLION PHARMACEUTICALS, et al., :
:
Defendants. :
:
-------------------------------------------------------------------------- :
:
KENY PETIT-FRERE, :
:
Plaintiff, :
:
-v- : 19-CV-10602 (JMF)
:
ACHILLION PHARMACEUTICALS, et al., :
:
Defendants. :
:
-------------------------------------------------------------------------- :
:
ROBERT PETRELLA, :
:
Plaintiff, :
:
-v- : 19-CV-10974 (JMF)
:
ACHILLION PHARMACEUTICALS, et al., :
:
Defendants. : ORDER
:
:
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

    On November 15, 2019, Plaintiff Keny Petit-Frere filed a Complaint in 19-CV-10602.

*See* 19-CV-10602, ECF No. 1. On November 26, 2019, Plaintiff Stephen Greene filed a similar

Complaint in 19-CV-10945, *see* 19-CV-10945, ECF No. 1, and on November 27, 2019, Plaintiff Robert Petrella also filed a similar Complaint, in 19-CV-10974, *see* 19-CV-10974, ECF No. 1. As of this Order, no motion for consolidation has been filed in 19-CV-10945 or 19-CV-10974, but both cases have been accepted by the Court as related to 19-CV-10602, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **December 9, 2019**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

SO ORDERED.

Dated: December 4, 2019
      New York, New York

                                               JESSE M. FURMAN
                                         United States District Judge