```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X
                                                        :
KENY PETIT-FRERE et al.,                                :
                                                        :        19-CV-10602 (JMF)
                     Plaintiff,                         :        19-CV-10807 (JMF)
                                                        :        19-CV-10945 (JMF)
           -v-                                          :        19-CV-10974 (JMF)
                                                        :
ACHILLION PHARMACEUTICALS, et al.,                      :            ORDER
                                                        :
                     Defendants.                        :
                                                        :
------------------------------------------------------------------------------- X
```

JESSE M. FURMAN, United States District Judge:

On December 9, 2019, Plaintiff Keny Petit-Frere voluntarily dismissed *Petit-Frere v. Achillion Pharmaceuticals, Inc. et al.*, 19-CV-10602 "as moot." Mr. Petit-Frere's claims are therefore DISMISSED without prejudice, and 19-CV-10602 must be closed.

The Court, however, previously accepted three other cases — *Atto v. Achillion Pharmaceuticals, Inc. et al.*, 19-CV-10807, *Greene v. Achillion Pharmaceuticals, Inc. et al.*, 19-CV-10945, and *Petrella v. Achillion Pharmaceuticals, Inc. et al.*, 19-CV-10945 as related to *Petit-Frere*, and suggested that those cases should be consolidated with *Petit-Frere*. 19-CV-10807, ECF No. 4; 19-CV-10945, ECF No. 4; 19-CV-10974, ECF No. 4. Although no party objected to that suggestion, consolidation with a closed case is obviously not appropriate.

No later than **December 18, 2019**, the parties in all remaining cases shall file joint or competing letters (1) indicating whether those cases should also be dismissed as moot; and (2) if not, indicating their view(s) on whether the cases should be consolidated and next steps.

No later than December 12, 2019, Plaintiff's counsel in *Atto* shall serve a copy of this Order on Defendants (or counsel for Defendants) and file proof of such service on ECF.

The Clerk of Court is directed to docket this Order in 19-CV-10602, 19-CV-10807, 19-

CV-10945, and 19-CV-10974.

SO ORDERED.

Dated: December 11, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge